**Reverse and Render and Opinion Filed November 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00209-CV

### FLUOR INTERCONTINENTAL, INC., Appellant
### V.
### DAVID DAWSON, Appellee

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 09-15340**

## MEMORANDUM OPINION

Before Justices FitzGerald, Evans, and Brown
Opinion by Justice FitzGerald

The parties have filed an agreed motion for order effectuating settlement. We grant the motion, reverse the judgment of the trial court, and render judgment that appellee David Dawson take nothing from appellant Fluor Intercontinental, Inc.[1]

130209F.P05

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE

---

[1] *See* TEX. R. APP. P. 42.1(a)(2)(A).



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

FLUOR INTERCONTINENTAL, INC.,
Appellant

No. 05-13-00209-CV        V.

DAVID DAWSON, Appellee

On Appeal from the 134th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 09-15340.
Opinion delivered by Justice FitzGerald.
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, we **REVERSE** the trial court's judgment and **RENDER** judgment that appellee David Dawson take nothing from appellant Fluor Intercontinental, Inc.

It is **ORDERED** that each party bear its own costs of this appeal.

After all costs of appellant Fluor Intercontinental, Inc. have been paid, the obligations of Westchester Fire Insurance Company and National Union Fire Insurance Company of Pittsburgh, PA as sureties on appellant Fluor Intercontinental, Inc.'s supersedeas bonds are discharged.

Judgment entered November 19, 2014.